UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

05-10952 DPW

Leon McLEAN   A# 36 843 530
DOC NO. _____

**VERSUS**
Alberto Gonzalez, Attorney
General of United States; et al.

## AFFIDAVIT TO PROCEED *IN FORMA PAUPERIS*

I, __Leon McClean__, prisoner/INS identification number __220024265__,
   (Full Name)
declare that I am the __Petition__ Petitioner/Plaintiff

   * If you are a plaintiff in a civil rights action, are you serving a criminal sentence? ____ yes __X__ no

   * If you are not serving a criminal sentence, are you being held pursuant to a detainer placed upon you by a government agency such as the Immigration and Naturalization Service? __X__ yes ____ no

   _____ Movant (filing 28 U.S.C §2255 motion)

   __XXX__ Other _____

in this case. In support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. §1915, I declare that I am unable to pay the full filing fee or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you incarcerated? __XXX__ yes _____ no

If "Yes," state place of incarceration: __Federal Detention Center__
__P.O. Box 5010, Oakdale, LA 71463__

(If "No," this is the wrong form for you. You should request the Non-prisoner Declaration in

Support of Request to Proceed *In Forma Pauperis.*)

2. Do you have a work, program, status assignment, or other circumstances which causes you to be paid by the prison, jail or other custodial institution? __XX__ Yes _____ No

3. In the past 12 months have you received money from the following sources? If so, state the total amount received.

|   |   |   |   | Amount |
|---|---|---|---|---|
| A. | Business, profession, or other self-employment | ____Yes | _x_ No | $_____ |
| B. | Rent payments, interest, or dividends | ____Yes | _x_ No | $_____ |
| C. | Pensions, annuities, or life life insurance payments | ____Yes | _x_ No | $_____ |
| D. | Disability or Workers' Compensation Payments | ____Yes | _x_ No | $_____ |
| E. | Gifts or Inheritances | ____Yes | _x_ No | $_____ |
| F. | Any other sources | ____Yes | _x_ No | $_____ |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and the amount that you expect to continue to receive.

4. Do you have any cash or checking or savings accounts outside the prison?

_____Yes   __x__No   Amount $_____

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond?

_____Yes   __x__No   Amount $_____

6. Do you own any assets including real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?

_____Yes   __x__No

If "yes," describe each asset and state its value:

                                **VALUE**

Automobiles _____ $ __0__
(Make/model/year)_____
Stocks _____ $ __0__
Bonds _____ $ __0__
Notes _____ $ __0__
Real Estate _____ $ __0__
      $_____(Mortgage)

Other _____ $ __0__

7. Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility, brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted?  _____Yes   __x__ No

If "yes," list the dismissals:

| Date Dismissed | Case Name | Case number | Court |
|---|---|---|---|
| NA | ____ v. ____ | | |
| NA | ____ v. ____ | | |
| NA | ____ v. ____ | | |

I declare under penalty of perjury that I have submitted above a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.

Executed on __5-02-05__
           (Date)

                                                   /s/ Leon A. Keen
                                                   (Signature of Applicant)

## APPLICATION OF FORM FEE WAIVER REQUEST

### AFFIDAVIT

I declare under the penalty of perjury that the foregoing true and correct:

1. I am currently incarcerated.

2. I am indigent and can not afford the fees to prosecute this application or form.

3. I believe I am entitled to the relief requested.

Sworn to before me on this 2nd day of May, 2005

_____
Notary Public
038384

Respectfully Submitted

X_____
Leon Mc LEAN         (Pro-se)
B.O.P.# 22002-265
Federal Detention Center
PO Box 5010,
Oakdale, LA 71463