

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:                                                          RE:

U.S. District Court for the Western District of Louisiana    CIVIL ACTION #.   05-10952

  300 Fannin Street, Suite 1167,                             CRIMINAL #.   _____

   Shreveport, Louisiana 71101

Dear Clerk:

   Please be advised that an order transferring the above entitled action to your court was entered on 5/10/05 by the Honorable   Judge Woodlock   .
   The following documents are included in our file and transmitted herewith:

   ( )   Certified copy of the docket entries;

   ( )   Certified copy of the transferral order;

   (X)   Original documents numbered   1,2,3,4,5

   ( )   _____

   Kindly acknowledge receipt of the above on the copy of this letter.

                                                Respectfully,

                                                SARAH THORNTON
                                                CLERK OF COURT

Date:   5/10/05                                 By:   /s/ Richard Nici
                                                Deputy Clerk

cc:   Counsel, File

---

   The documents listed above were received by me on _____ and assigned the following case number: _____.

                                                By: _____
                                                Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)